UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                                  Case No.: 5:08-CV-162 DCB/JMR

BRADY AND FANNIE TONTH                                              DEFENDANTS

## ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE

This matter having come before the undersigned upon the petition of the United States and the accompanying declaration, the Court having issued a notice and order to show cause, which was properly served, Brady and Fannie Tonth having filed a written objection to the petition, and the Court having considered the objections raised, arguments made, and evidence presented, if any, at a hearing on February 17, 2009.

IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition for Judicial Approval of Levy Upon Principal Residence. The Internal Revenue Service may levy upon Brady and Fannie Tonth's interest in the property located at 505 Fairways Drive, Vicksburg, Mississippi 39183-8360, to satisfy part or all of their unpaid income tax liabilities for the taxable year 2003, which may be executed by any authorized officer of the Internal Revenue Service.

It is FURTHER ORDERED that the Clerk of Court shall mail a copy of this ORDER to:

Brady and Fannie Tonth
505 Fairways Drive
Vicksburg, Mississippi 39183-8360

Pshon Barrett
Assistant U.S. Attorney
Southern District of Mississippi
188 East Capitol Street, Suite 500
Jackson, MS 39201

SO ORDERED this 17th day of February, 2009.

_____
**UNITED STATES DISTRICT JUDGE**